**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**KRISNA CLARK**                                                                                          **PLAINTIFF**
**ADC # 136132**

**V.**                                        **CASE NO. 1:15-CV-00123 JM/BD**

**KAYLIE J. RALPH**                                                                                      **DEFENDANT**

### RECOMMENDED DISPOSITION

**I.     Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to United States District Judge James M. Moody Jr.  You may file written objections to this Recommendation.  If you file objections, they must be specific and must include the factual or legal basis for your objection.  Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record.  By not objecting, you may also waive any right to appeal questions of fact.

**II.    Discussion:**

Plaintiff Krisna Clark, an Arkansas Department of Correction ("ADC") inmate, filed this lawsuit on November 10, 2015.  (Docket entry #1)  Mr. Clark was ordered to submit a completed IFP application or pay the filing fee within 30 days of November 20, 2015.  (#2)  To date, he has failed to comply with the Court's November 20, 2015 Order, and the time for doing so has passed.  The Court specifically cautioned Mr. Clark that his

claims could be dismissed if he failed to comply with the Court's Order.

### III.   Conclusion:

The Court recommends that Mr. Clark's claims be DISMISSED, without prejudice based on his failure to comply with the Court's November 20, 2015 Order.

DATED this 21st day of December, 2015.

_____
UNITED STATES MAGISTRATE JUDGE